**FILED**

OCT 1 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:06-CR-346-OWW <br> ~~1:06-mj-00262~~ |
| Plaintiff, | ORDER TO SEAL FINANCIAL AFFIDAVIT |
| vs. | |
| STEVEN K PINKERTON, | |
| Defendant. | |

On October 16, 2006, this Court DENIED defendant appointment of counsel in light of Defendant's assets reflected on his Financial Affidavit.

On the basis of good cause, this Court DIRECTS the Clerk's Office to SEAL Defendant's Financial Affidavit.

IT IS SO ORDERED.

DATED:  10/18/06              /s/
                              LAWRENCE J. O'NEILL
                              UNITED STATES MAGISTRATE JUDGE

1