DANIEL J. BRODERICK, Bar #89424
Federal Defender
ROBERT R. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Steven Kane Pinkerton

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:06-CR-0346 OWW |
| ) | |
| Plaintiff, ) | **APPLICATION FOR ORDER** |
| ) | **EXONERATING BOND AND FOR** |
| v. ) | **RECONVEYANCE OF REAL PROPERTY** |
| ) | **AND ORDER THEREON** |
| STEVEN KANE PINKERTON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant Steven Kane Pinkerton hereby moves this court for an order to exonerate the bond and reconvey real property in the above-captioned case.

On October 18, 2006, Mr. Pinkerton appeared in this matter before Sandra M. Snyder, United States Magistrate Judge, and was ordered released from custody under the supervision of Pretrial Services and a full equity real property bond in the amount of $283,888 . A certified deed of trust and straight note were provided to this court by Steven Kane Pinkerton on November 17, 2006.

On April 2, 2007, Mr. Pinkerton appeared before District Court Judge Oliver W. Wanger for sentencing, and subsequently surrendered himself to the custody of the U.S. Marshal     .

Since Mr. Pinkerton has met the conditions in this matter, he requests that the court exonerate the bond set by this court and reconvey title to the real property securing the bond.

///

DATED:  April 23, 2007          /s/ Robert W. Rainwater

ROBERT W. RAINWATER

Attorney of Record for

Steven Kane Pinkerton

# O R D E R

   IT IS HEREBY ORDERED that the bond in the above-captioned case be exonerated and title to the real property, Fresno County Recorder DOC number 2006-0238886 , be reconveyed to Steven Kane Pinkerton.

IT IS SO ORDERED.

**Dated:   April 24, 2007**           **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

Order Re: Exoneration of Bond
and Reconveyance of Real Property          2